

# Fourth Court of Appeals
## San Antonio, Texas

August 18, 2020

No. 04-20-00370-CV

**IN THE INTEREST OF A.C.D., C.N.D., M.M.D., E.N.A.-D., S.S.L., B.F.L., H.E.L., CHILDREN**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-02017
The Honorable Monique Diaz, Judge Presiding

## O R D E R

The reporter's record was due on July 27, 2020, but was not filed. On August 17, 2020, the court reporter filed a notification of late record, requesting until Saturday, August 22, 2020, to file the reporter's record. After consideration, we GRANT the court reporter's requested extension and ORDER the court reporter to file the reporter's record in this court **on or before Monday, August 24, 2020**. The court reporter is reminded that this is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this court within 180 days of the date the notice of appeal is filed. *See* TEX. R. JUD. ADMIN. 6.2. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of August, 2020.

_____
Michael A. Cruz,
Clerk of Court